**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **TRAVIS CASTLE, et al.,** | : | |
| Plaintiffs, | : | Case No. 2:06-cv-715 |
| v. | : | **Judge Holschuh** |
| **MS. GROCE-ADAMS, et al.,** | : | **Magistrate Judge King** |
| Defendants. | : | |
| | : | |

**ORDER**

On January 11, 2008, Magistrate Judge King issued a Report and Recommendation, recommending that Plaintiff Jason Werling's motion for a temporary restraining order be denied as moot. (Record at 75). Plaintiff was notified of his right to file objections to the Report and Recommendation, and advised that if he failed to do so within ten days, he would waive his right to a *de novo* review by the district judge and waive his right to appeal the judgment of the district court.

Plaintiff was served with a copy of the Report and Recommendation by certified mail, but has failed to file any objections within the time allotted. The Court therefore **ADOPTS** Magistrate Judge King's Report and Recommendation (Record at 75), and **DENIES** Plaintiff's motion for a temporary restraining order (Record at 54).

**IT IS SO ORDERED.**

Date: January 30, 2008   /s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court